**United States District Court**
For the Northern District of California

1

2                                            **\*E-FILED:  January 30, 2013\***

3

4

5

6

7                                  NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   PARKERVISION, INC.,                     No. C13-80018MISC LHK (HRL)

12            Plaintiff,                      **ORDER TERMINATING DISCOVERY
                                             MOTION**
     v.
13
     QUALCOMM, INCORPORATED,
14                                            **[Re:   Docket No. 1]**
            Defendant.
15   _____/

16   QUALCOMM, INCORPORATED,

17            Counterclaimant,

18   v.

19    PARKERVISION, INC.,

20            Counterclaim Defendant.

21   _____/

22          All discovery matters having been referred to the undersigned for disposition, Apple,

23   Inc.'s motion to quash (Dkt. No. 1) will be terminated.  The parties shall instead comply with

24   the undersigned's Standing Order re Civil Discovery Disputes.

25          SO ORDERED.

26   Dated: January 30, 2013

27   _____
     HOWARD R. LLOYD
28   UNITED STATES MAGISTRATE JUDGE

1   5:13-mc-80018-LHK Notice has been electronically mailed to:

2   Douglas A. Cawley dcawley@mckoolsmith.com

3   Yakov M. Zolotorev yzolotorev@feinday.com, llandry@feinday.com

4   Brian R. Gilchrist bgilchrist@addmg.com, shotz@addmg.com

5   Jeffrey Scott Boyles jboyles@addmg.com

6   Elizabeth Day eday@feinday.com

7   Ava K. Doppelt adoppelt@addmg.com

8   Joshua Wright Budwin jbudwin@mckoolsmith.com, aboals@mckoolsmith.com, chough@mckoolsmith.com, lbone@mckoolsmith.com

United States District Court
For the Northern District of California